USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/16/2022__

U.S. [Department of Justice]

United States [Attorney]
Southern [District of New York]

86 Chambers Street
New York, [New York]

June [...]

VIA ECF
Hon. Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: *Regent v. Jaddou, et al.,* No. 21 Civ. 7185 (AT)

Dear Judge Torres:

This Office represents the government in the above-referenced action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application to Register Permanent Residence or Adjust Status (Form I-485). On April 19, 2022, the Court granted the government's on-consent request to stay this case because USCIS had not yet issued any public guidance regarding resuming adjudication of Forms I-485 relating to EB-5 Immigrant Investor Program and was continuing to determine the effect of the new law on the Regional Center Program and related forms. *See* ECF No. 28.

I write respectfully to provide the Court with the periodic update required by the April 19 order regarding the status of legislation relating to the Regional Center Program. *See id.* As noted in the April 14, 2022 status update to the Court, on March 15, 2022, President Biden signed into law the Consolidated Appropriations Act, 2022. *See* ECF No. 26; https://www.congress.gov/bill/117th-congress/house-bill/2471. Division BB of this appropriations law constitutes the EB-5 Reform and Integrity Act of 2022, which contains authority for a new EB-5 Regional Center Program. Pub. L. No. 117-103, div. BB § 103. Thereafter, USCIS issued public guidance stating that it has resumed processing of Forms I-526, Immigrant Petitions by Alien Entrepreneurs, related to the EB-5 Regional Center Program that were filed on or before the sunset of the old program on June 30, 2021. *See* EB-5 Immigrant Investor Program, USCIS, https://www.uscis.gov/working-in-theunited-states/permanent-workers/eb-5-immigrant-investor-program. The parties also understand that the California Service Center, where the plaintiff's application is pending, recently resumed processing EB-5-related Form I-485 applications.

Because USCIS has only recently resumed processing Forms I-485 related to the EB-5 Investor Program and is continuing to determine the effect of the new law on the Regional Center Program and related forms, the parties agree, through their respective counsel, that the stay on this case should remain in place. If acceptable to the Court, the parties will file a joint status report within forty-five days, *i.e.*, by July 28, 2022.

GRANTED.

SO ORDERED.

Dated: June 16, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge