

U.S. Department...

United States...
Southern D...

86 Chambers Str...
New York, New Y...

July 28, 202...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2022

**VIA ECF**
Hon. Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: *Regent v. Jaddou, et al.,* No. 21 Civ. 7185 (AT)

Dear Judge Torres:

This Office represents the government in the above-referenced action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application to Register Permanent Residence or Adjust Status (Form I-485). On June 16, 2022, the Court granted the government's on-consent request to stay this case because USCIS had resumed processing Forms I-485 related to the EB-5 Investor Program and was continuing to determine the effect of the new law on the Regional Center Program and related forms. *See* ECF No. 32.

I write respectfully to provide the Court with the periodic update required by the June 16 order. On June 30, 2022, USCIS issued a Request for Evidence ("RFE") relating to the Form I-485, and the plaintiff has until September 26, 2022 to reply, plus an additional sixty days if needed due to the COVID-19 pandemic. The parties agree, through their respective counsel, that the stay on this case should remain in place to allow the plaintiff time to respond to the RFE and for USCIS to determine next steps, which could potentially render this action moot. If acceptable to the Court, the parties will file a joint status report within sixty-days, *i.e.*, by September 26, 2022.

I thank the Court for its consideration of this letter.

GRANTED.

SO ORDERED.

Dated: July 27, 2022
      New York, New York

ANALISA TORRES
United States District Judge